NATHANIEL SHIPMAN et al., complainants and appellants,

*v.*

GEORGE R. LORD et al., defendants and respondents.

---

NATHANIEL SHIPMAN et al., complainants and respondents,

*v.*

GEORGE R. LORD et al., defendants and appellants.

[Filed June 18th, 1900.]

On appeal from a decree advised by Vice-Chancellor Stevens, whose opinion is reported in *Shipman* v. *Lord, 13 Dick. Ch. Rep. 380.*

*Messrs. E. A. & W. T. Day,* for Shipman et al.

*Mr. Wesley B. Stout,* for Lord et al.

Fair *v*. The First M. E. Church of Bloomingdale.

PER CURIAM.

These were cross-appeals from a decree advised by Vice-Chancellor Stevens. We think the decree right, and it is affirmed, for the reasons given by the vice-chancellor in his opinion in the court below.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, GUMMERE, LUDLOW, COLLINS, BOGERT, HENDRICKSON, ADAMS, VREDENBURGH, VOORHEES—13.

*For reversal*—None.